1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| **CALIFORNIA CHAMBER OF COMMERCE and CALIFORNIA RESTAURANT ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA, in his official capacity as Attorney General of the State California; LILIA GARCIA-BROWER, in her official capacity as the Labor Commissioner in the Division of Labor Standards Enforcement of the California Department of Industrial Relations; and DIVISION OF LABOR STANDARDS ENFORCEMENT OF THE CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS,**<br><br>Defendants. | Case No. 2:24-cv-03798-DJC-SCR<br><br>**ORDER GRANTING JOINT STIPULATION ADDRESSING SCHEDULING** |

**ORDER**

The Court, having considered the Parties' Joint Stipulation Addressing Scheduling, hereby orders as follows:

1. Since Plaintiffs in this action intend to file an amended complaint and a forthcoming motion for a preliminary injunction, good cause exists to further extend the time for all Defendants to respond to the complaint.

2. Plaintiffs' amended complaint adding in the Western Growers Association as a plaintiff is due by Friday, February 7, 2025.

3. Plaintiffs' motion for a preliminary injunction is due by Friday, February 14, 2025.

4. Defendants' opposition to Plaintiffs' motion for a preliminary injunction is due by Friday, March 14, 2025.

5. Plaintiffs' reply in support of their motion for a preliminary injunction is due by Friday, March 28, 2025.

6. A hearing on Plaintiffs' motion for a preliminary injunction is set for April 17, 2025, at 1:30 PM.

7. Accordingly, Defendants' responses to the complaint shall be due 30 days after this Court issues its ruling on Plaintiffs' forthcoming motion for a preliminary injunction.

IT IS SO ORDERED.

Dated:  February 3, 2025              /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE