Todd A. Lyon (SBN 337219)
   E-Mail: tlyon@fisherphillips.com
Matthew S. Guerrero (SBN 356337)
   E-Mail: mguerrero@fisherphillips.com
**FISHER & PHILLIPS LLP**
1 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Lonnie D. Giamela (SBN 228435)
   E-Mail:  lgiamela@fisherphillips.com
**FISHER & PHILLIPS LLP**
444 South Flower Street Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Plaintiffs
California Chamber of Commerce, California Restaurant Association and Western Growers Association

[Additional Counsel on Next Page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE, CALIFORNIA RESTAURANT ASSOCIATION and WESTERN GROWERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State California; LILIA GARCIA-BROWER, in her official capacity as the Labor Commissioner in the Division of Labor Standards Enforcement of the California Department of Industrial Relations; and DIVISION OF LABOR STANDARDS ENFORCEMENT OF THE CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS,<br><br>Defendants. | Case No: 2:24-cv-03798-DJC-SCR<br><br>**DECLARATION OF BEN GOLOMBEK IN SUPPORT OF PLAINTIFFS CALIFORNIA CHAMBER OF COMMERCE, CALIFORNIA RESTAURANT ASSOCIATION, AND WESTERN GROWERS ASSOCIATION'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[*Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities; Declarations of Lonnie D. Giamela, Cory Lunde, and Jot Condie; and Proposed Order*]<br><br>Date: April 17, 2025<br>Time: 1:30 p.m.<br>Judge: Hon. Daniel J. Calabretta<br><br>Complaint Filed: December 31, 2024<br>FAC Filed: February 07, 2025<br>Trial Date: None Set |

1  Carola Murguia (SBN 334338)
       E-Mail: cmurguia@fisherphillips.com
2  **FISHER & PHILLIPS LLP**
   4747 Executive Drive, Suite 1000
3  San Diego, California 92121
   Telephone: (858) 597-9600
4  Facsimile: (858) 597-9601

5

   Attorneys for Plaintiffs
6  California Chamber of Commerce, California
   Restaurant Association and Western Growers
7  Association

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:24-cv-03798-DJC-SCR
DECLARATION OF BEN GOLOMBEK IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

FP 53547253.2

## **DECLARATION OF BEN GOLOMBEK**

I, Ben Golombek, declare and state as follows:

1. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

2. I am currently employed by Plaintiff California Chamber of Commerce ("CalChamber") as Executive Vice-President and Chief of Staff, Policy, and have served in that capacity since January 2022. I have personal knowledge of the CalChamber's operations and the actions it takes on behalf of its members.

3. CalChamber is a nonprofit business association with approximately 13,000 members in the State of California, including among others food producers, suppliers, and retailers. Plaintiffs California Restaurant Association and Western Growers Association are members of CalChamber.

4. The CalChamber's membership is comprised of employers, representing virtually every economic interest and business sector, both individual and corporate, including manufacturing, retail, hospitality, agricultural and professional services. Its members include both unionized and non-unionized employers. CalChamber serves its members in many areas, including supporting members in addressing economic and regulatory compliance issues relating to their businesses. CalChamber focuses on protecting and promoting the interests of its members in advocacy before all state government and regulatory agencies on issues that include labor and employment laws.

5. CalChamber takes formal positions on issues including legislation, regulations, and propositions, and advocates for its members on these issues. It also supports and opposes candidates for elections. It recently, for example, represented its members' interests by presenting formal positions on various propositions that were on the California 2024 ballot. For example, CalChamber communicated its members'

/ / /

1     Case No. 2:24-cv-03798-DJC-SCR
DECLARATION OF BEN GOLOMBEK IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

FP 53547253.2

stances in opposition of Proposition 32 that involved an increase to the California state minimum wage.

6. Employees of CalChamber's members internally discuss labor issues and other "political matters" including proposed legislation, administrative regulations, elections, and court decisions. CalChamber's members are directly impacted by SB 399 because these discussions include meetings that are outside the job duties of the respective members' employees. For example, CalChamber's members held meetings to discuss the impacts of 2024 ballot measures. However, these are now the type of meetings directly impacted by SB 399.

7. With SB 399 in effect, CalChamber's members will now spend time, costs, and resources to review and modify their employee handbooks, policies, and workplace trainings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on February 14, 2025, at Sacramento, California.

_____
BEN GOLOMBEK

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California 92121.

On February 14, 2025 I served the foregoing document entitled **DECLARATION OF BEN GOLOMBEK IN SUPPORT OF PLAINTIFFS CALIFORNIA CHAMBER OF COMMERCE, CALIFORNIA RESTAURANT ASSOCIATION, AND WESTERN GROWERS ASSOCIATION'S MOTION FOR PRELIMINARY INJUNCTION** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Kristin A. Liska (SBN. 315994)<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | Telephone: (415) 510-3916<br>Facsimile: (415) 703-5480<br>E-mail:   Kristin.Liska@doj.ca.gov<br><br>*Attorney for Defendants,*<br>*Robert Bonta, Lilia Garcia- Brower, and Division Of Labor Standards Enforcement Of The California Department Of Industrial Relations* |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed February 14, 2025 at San Diego, California.

Jazmine Baez
Print Name

By: *Jazmine Baez*
Signature

FP 53547253.2

1   Case No. 2:24-cv-03798-DJC-SCR
CERTIFICATE OF SERVICE