Todd A. Lyon (SBN 337219)
  E-Mail: tlyon@fisherphillips.com
Matthew S. Guerrero (SBN 356337)
  E-Mail: mguerrero@fisherphillips.com
**FISHER & PHILLIPS LLP**
1 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Lonnie D. Giamela (SBN 228435)
  E-Mail:  lgiamela@fisherphillips.com
**FISHER & PHILLIPS LLP**
444 South Flower Street Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Plaintiffs
California Chamber of Commerce, California Restaurant Association and Western Growers Association

[Additional Counsel on Next Page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE, CALIFORNIA RESTAURANT ASSOCIATION, and WESTERN GROWERS ASSOCIATION,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State California; LILIA GARCIA-BROWER, in her official capacity as the Labor Commissioner in the Division of Labor Standards Enforcement of the California Department of Industrial Relations; and DIVISION OF LABOR STANDARDS ENFORCEMENT OF THE CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS,<br><br>                    Defendants. | Case No:   2:24-cv-03798-DJC-SCR<br><br>**DECLARATION OF CORY LUNDE IN SUPPORT OF PLAINTIFFS CALIFORNIA CHAMBER OF COMMERCE, CALIFORNIA RESTAURANT ASSOCIATION, AND WESTERN GROWERS ASSOCIATION'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[*Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities; Declarations of Lonnie D. Giamela, Jot Condie, and Ben Golombek; and Proposed Order*]<br><br>Date:          April 17, 2025<br>Time:         1:30 p.m.<br>Judge:       Hon. Daniel J. Calabretta<br><br>Complaint Filed:   December 31, 2024<br>FAC Filed:             February 07, 2025<br>Trial Date:             None Set |

1  Carola Murguia (SBN 334338)
       E-Mail:  cmurguia@fisherphillips.com
2  **FISHER & PHILLIPS LLP**
   4747 Executive Drive, Suite 1000
3  San Diego, California 92121
   Telephone: (858) 597-9600
4  Facsimile:  (858) 597-9601

5
   Attorneys for Plaintiffs
6  California Chamber of Commerce and California,
   California Restaurant Association and Western
7  Growers Association

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF CORY LUNDE**

I, Cory Lunde, declare and state as follows:

1. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

2. I am currently employed by Plaintiff Western Growers Association ("WGA") as its Vice President of External Affairs and have served in that and various related capacities since January 2007. I have personal knowledge of the WGA's operations and the actions it takes on behalf of its members.

3. WGA is a non-profit organization representing nearly 2,400 family farmers in the agricultural industry who grow fresh produce and tree nuts. WGA advocates for its agricultural members' interests in state and federal government through lobbying, monitoring the legislative process, and advocacy across California, Arizona, Colorado, and New Mexico. WGA's members include both unionized and non-unionized employers. WGA is a member of Plaintiff California Chamber of Commerce (Cal Chamber).

4. WGA takes formal positions on various election issues, including legislation, proposition, and candidates and advocates on behalf of its members on these issues. For example, WGA recently represented its members' interests, in conjunction with plaintiffs Cal Chamber and California Restaurant Association (CRA) by qualifying an initiative for the 2024 ballot to repeal the California Private Attorneys General Act (PAGA). WGA, Cal Chamber and CRA, later agreed to remove initiative from the ballot in favor of a negotiated legislative effort to reform PAGA. WGA communicated its members' stances and concerns regarding PAGA, and its position on reforming PAGA.

5. Employees working for WGA members internally discuss labor issues and other "political matters" including proposed legislation, administrative regulations, and court decisions. WGA's members are directly impacted by SB 399 because these

1 discussions include meetings that are outside the job duties of the respective members' employees. For example, WGA's members held "all-hands" meetings to discuss the impacts of PAGA and PAGA reform. However, such meetings may be directly impacted by SB 399.

6. WGA also provides services to its members for a fee, such as legal trainings and HR compliance guides. These services generate revenue for WGA. With SB 399 in effect, WGA's members will now have to spend time, costs, and resources to seek legal guidance and conduct trainings through WGA's or other providers' services. Similarly, WGA's members who manage their own trainings and other workplace compliance matters will expend time, costs, and resources to review and update their own materials if SB 399 remains in effect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on February 14, 2025, at Irvine, California.

DocuSigned by:

*Cory Lunde*

CORY LUNDE

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California 92121.

On February 14, 2025 I served the foregoing document entitled **DECLARATION OF CORY LUNDE IN SUPPORT OF PLAINTIFFS CALIFORNIA CHAMBER OF COMMERCE, CALIFORNIA RESTAURANT ASSOCIATION, AND WESTERN GROWERS ASSOCIATION'S MOTION FOR PRELIMINARY INJUNCTION** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| Kristin A. Liska (SBN. 315994)<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | Telephone: (415) 510-3916<br>Facsimile: (415) 703-5480<br>E-mail:   Kristin.Liska@doj.ca.gov<br><br>*Attorney for Defendants,*<br>*Robert Bonta, Lilia Garcia- Brower, and Division Of Labor Standards Enforcement Of The California Department Of Industrial Relations* |
|---|---|

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Attorney Service Name and Address .

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed February 14, 2025 at San Diego, California.

Jazmine Baez
Print Name

By: *Jazmine Baez*
Signature

FP 53803479.2

1   Case No. 2:24-cv-03798-DJC-SCR
CERTIFICATE OF SERVICE