# EXHIBIT 2

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Chamber of Commerce , et al. , | CASE NO: 2:24–CV–03798–SCR |
| vs. | SUMMONS IN A CIVIL CASE |
| Robert Bonta , et al. , | |

TO: **Robert Bonta, Division of Labor Standards Enforcement of the California Department of Industrial Relations, Lilia Garcia–Brower**

Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on:

> Lonnie D. Giamela
> Fisher & Phillips LLP
> 444 South Flower Street, Suite 1500
> Los Angeles, CA 90071

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



**KEITH HOLLAND**
CLERK

 /s/  K. Zignago
 (By) DEPUTY CLERK

ISSUED ON 2025–01–02 12:48:01
CLERK, USDC EDCA

Exhibit 2 - Page 1

Exhibit 2 - Page 2

Case 2:24-cv-03798-SCR   Document 2   Filed 01/02/25   Page 3 of 3

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE 1/9/2025 |
|---|---|
| NAME OF SERVER (PRINT) Jeremy Glaze | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Officer E. Maldonado (Hispanic, male, 50, brown hair, brown eyes, 5'10", 220 lbs)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/13/2025
                Date

Signature of Server
c/o American Messenger Services, Inc.
3330 Market Street, Suite C, San Diego, CA 92102
*Address of Server*

Exhibit 2 - Page 3

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: (858) 597-9600 | FOR COURT USE ONLY |
|---|---|---|
| Lonnie D. Giamela (SBN 228435) Fisher & Phillips LLP 4747 Executive Drive, Suite 1000 San Diego, CA 92121 | | |
| ATTORNEY FOR (NAME): California Chamber of Commerce | Ref. No. or File No. 49157.0007 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
Sacramento Courthouse
501 "I" Street, Suite 10-100
Sacramento, CA 95814

PLAINTIFF: California Chamber of Commerce, et al

DEFENDANT: Robert Bonta, et al

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER 2:24-cv-03798-SCR |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR DE CLARA TORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; INITIAL SCHEDULING ORDER CASES ASSIGNED UNDER APP. A. SUB (M); MAGISTRATE JUDGE CONSENT IN CIVIL CASES; KNOW YOUR RIGHTS!

ON: ROBERT BONTA, in his official capacity as Attorney General of the State California
AT: 1300 "I" Street
Sacramento, CA 95814-2919

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 1/9/2025 12:25:00 PM
PERSON SERVED: Officer E. Maldonado (Hispanic, male, 50, brown hair, brown eyes, 5'10", 220 lbs) - Person Authorized to Accept

FEE FOR SERVICE: $190.00

Registered California Process Server
County: Sacramento, CA
Registration No. 2011-65
American Messenger Service, Inc.
3330 Market Street, Suite C
San Diego, CA 92102
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Wednesday, January 15, 2025**

Signature: *[signature]*
Jeremy Glaze

PROOF OF SERVICE

622857

Exhibit 2 - Page 4