Todd A. Lyon (SBN 337219)
    E-Mail: tlyon@fisherphillips.com
Matthew S. Guerrero (SBN 356337)
    E-Mail: mguerrero@fisherphillips.com
**FISHER & PHILLIPS LLP**
1 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Lonnie D. Giamela (SBN 228435)
    E-Mail:  lgiamela@fisherphillips.com
**FISHER & PHILLIPS LLP**
444 South Flower Street Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Plaintiffs
California Chamber of Commerce, California Restaurant Association and Western Growers Association

[Additional Counsel on Next Page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE, CALIFORNIA RESTAURANT ASSOCIATION, and WESTERN GROWERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State California; LILIA GARCIA-BROWER, in her official capacity as the Labor Commissioner in the Division of Labor Standards Enforcement of the California Department of Industrial Relations; and DIVISION OF LABOR STANDARDS ENFORCEMENT OF THE CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS,<br><br>Defendants. | Case No:   2:24-cv-03798-DJC-SCR<br><br>**ORDER GRANTING CONTINUANCE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed:  December 31, 2024<br>FAC Filed:          February 07, 2025<br>Trial Date:          None Set |

1  Carola Murguia (SBN 334338)
       E-Mail: cmurguia@fisherphillips.com
2  **FISHER & PHILLIPS LLP**
   4747 Executive Drive, Suite 1000
3  San Diego, California 92121
   Telephone: (858) 597-9600
4  Facsimile: (858) 597-9601

5

   Attorneys for Plaintiffs
6  California Chamber of Commerce, California
   Restaurant Association and Western Growers Association

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE, CALIFORNIA RESTAURANT ASSOCIATION, and WESTERN GROWERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State California; LILIA GARCIA-BROWER, in her official capacity as the Labor Commissioner in the Division of Labor Standards Enforcement of the California Department of Industrial Relations; and DIVISION OF LABOR STANDARDS ENFORCEMENT OF THE CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS,<br><br>Defendants. | Case No:   2:24-cv-03798-DJC-SCR<br><br>**ORDER GRANTING CONTINUANCE OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed:   December 31, 2024<br>FAC Filed:          February 07, 2025<br>Trial Date:         None Set |

**ORDER**

After considering the concurrently filed Joint Stipulation, and good cause shown for the requested relief, the Court rules as follows:

1. Plaintiffs' Motion for Preliminary Injunction set for April 17, 2025 at 1:30 p.m. is continued to May 15, 2025 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  March 10, 2025    /s/ Daniel J. Calabretta
　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE