UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**CALIFORNIA CHAMBER OF COMMERCE, ET AL.,**
    Plaintiff

   v.                                   **CASE NO. 2:24−CV−03798−DJC−SCR**

**ROBERT BONTA, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **October 29, 2025** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

October 30, 2025

                            **KEITH HOLLAND**
                            **CLERK OF COURT**

                    **by:** /s/ A. Benson
                            Deputy Clerk