UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**TO:** CLERK, U.S. COURT OF APPEALS

**FROM:** CLERK, U.S. DISTRICT COURT

**SUBJECT:** NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:24–CV–03798–DJC–SCR** |
| USDC Judge: | **DISTRICT JUDGE DANIEL J. CALABRETTA** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **CALIFORNIA CHAMBER OF COMMERCE vs. ROBERT BONTA** |
| Type: | **CIVIL** |
| Complaint Filed: | **12/31/2024** |
| Appealed Order/Judgment Filed: | **9/30/2025** |
| Court Reporter Information: | **Maryann Valenoti** |

FEE INFORMATION

**Fee Status: Paid on 10/29/2025 in the amount of $605.00**

Information prepared by: /s/ **A. Benson , Deputy Clerk**