IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA CHAMBER OF COMMERCE, CALIFORNIA RESTAURANT ASSOCIATION, and WESTERN GROWERS ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA, in his official capacity as Attorney General of the State California; LILIA GARCÍA-BROWER, in her official capacity as the Labor Commissioner in the Division of Labor Standards Enforcement of the California Department of Industrial Relations; and DIVISION OF LABOR STANDARDS ENFORCEMENT OF THE CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS,**<br><br>Defendants. | Case No. 2:24-cv-03798-DJC-SCR<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

1

**ORDER**

The Court, having considered the Parties' Joint Stipulation Extending Time to Respond to Complaint, hereby orders as follows:

1. In light of Defendants' appeal to the United States Court of Appeals for the Ninth Circuit from this Court's order granting Plaintiffs' motion for preliminary injunction (Dkt. 33), good cause exists to further extend the time for all Defendants to respond to the complaint until after the now-pending appeal is resolved.

2. Accordingly, Defendants' response to the complaint shall be due thirty (30) days after the mandate issues in the pending appeal of this Court's order entering a preliminary injunction.

IT IS SO ORDERED.

Dated: October 31, 2025

/s/ Daniel J. Calabretta
The Honorable Daniel J. Calabretta
United States District Judge