Scott A. Kronland (SBN 171693)
 skronland@altber.com
Derin McLeod (SBN 345256)
 dmcleod@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Amici Curiae
California Federation of Labor Unions,
California Coalition for Worker Power,
California Rural Legal Assistance Foundation,
California Employment Lawyers Association,
Warehouse Workers Resource Center, and Equal
Rights Advocates.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA CHAMBER OF COMMERCE, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State California, et al.,<br>                    Defendants. | Case No.: 2:24-cv-03798-DJC-SCR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER GRANTING WITHDRAWAL**<br><br>[Filed Pursuant to Local Rule 182]<br><br>Judge: Hon. Daniel J. Calabretta<br><br>Complaint Filed: December 31, 2024<br>Trial Date: None Set |

NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER GRANTING WITHDRAWAL
OF COUNSEL

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Amici California Federation of Labor Unions, California Coalition for Worker Power, California Rural Legal Assistance Foundation, and California Employment Lawyers Association ("Amici") hereby remove Derin McLeod (CA Bar. No. 306814), formerly of Altshuler Berzon LLP, effective May 29, 2026, as one of their attorneys of record, as he is leaving the firm, and, pursuant to Local Rule 182(d), Amici seek an Order granting the same. Scott A. Kronland of Altshuler Berzon LLP shall continue as counsel of record.

DATED: May 29, 2026                    Respectfully submitted,

                                       */s/ Scott A. Kronland*

                                       Scott A. Kronland
                                       Derin McLeod
                                       ALTSHULER BERZON LLP

                                       *Attorney for California Federation of Labor*
                                       *Unions, California Coalition for Worker Power,*
                                       *California Rural Legal Assistance Foundation,*
                                       *California Employment Lawyers Association*

IT IS SO ORDERED.

DATED:  _____, 2026            _____

                                       Judge Daniel J. Calabretta
                                       United States District Judge

- 2 -

NOTICE OF WITHDRAWAL OF COUNSEL; AND [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL